

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-20-00385-CR

**EX PARTE BRADFORD BINDOCK,**

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-7996-W2
The Honorable Angus K. McGinty, Judge Presiding

# O R D E R

 The trial court signed an order dismissing appellant's application for post-conviction writ of habeas corpus on June 25, 2020. The notice of appeal was due to be filed on July 25, 2020. *See* TEX. R. APP. P. 26.2(a)(1). On July 30, 2020, appellant filed a motion for extension of time to file the notice of appeal. Appellant's motion for extension is GRANTED. It is ORDERED that appellant's untimely notice of appeal is accepted as timely.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

*Michael A. Cruz*
MICHAEL A. CRUZ, Clerk of Court